## Stroud Case.

Submitted December 2, 1974. *C. Wayne Smyth,* Assistant District Attorney, and *M. L. Epstein,* District Attorney, for Commonwealth, appellant; *Leonard J. Frawley, Jr.,* and *Patrick F. Kielty,* for appellee.

Order affirmed.

## Townes, Appellant, *v.* Southeastern Pennsylvania Transportation Authority.

Submitted September 17, 1974. *Melvin Brookman,* and *Shein & Brookman,* for appellant; *Lewis H. Van Dusen, Jr.,* and *Oscar S. Schermer,* for appellee.

Order affirmed.

## Wilson, Appellant, *v.* Philadelphia.

Submitted June 18, 1974. *Joyce Ullman,* for appellant; *James M. Penny, Jr.,* and *Wanda P. Chocallo,* Assistant City Solicitors, and *Martin Weinberg,* City Solicitor, for appellees.

Order affirmed.

JACOBS and SPAETH, JJ., would quash.